# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

| | |
|---|---|
| IN RE: TRACY L. ESTES,<br>Debtor. | CASE NO. 3:10-bk-16541<br>Chapter 13 |

## NOTICE OF APPEAL

JPMorgan Chase Bank, National Association, for itself, as successor to Washington Mutual Bank, and as successor by merger to Chase Home Finance, LLC, a secured creditor in the above-captioned bankruptcy case, appeals under 28 U.S.C. § 158(a) to the United States District Court for the Eastern District of Arkansas from the judgment, order, or decree of the Bankruptcy Court entered in the above-captioned bankruptcy case on the 11th day of April, 2012 and entitled "Order Confirming Chapter 13 Plan" [Docket No. 136].

The names of all parties to the judgment, order, or decree appealed from and the names, addresses, and telephone numbers of their respective attorneys are as follows:

| | |
|---|---|
| Debtor/Appellee: | Tracy L. Estes |
| Attorneys for Debtor/Appellee: | Kathy Cruz<br>THE CRUZ LAW FIRM, P.L.C.<br>1325 Central Ave.<br>Hot Springs, Arkansas 71901-6034<br>Telephone: (501) 624-3600 |
| | Michael E. Crawley, Jr.<br>Joel G. Hargis<br>CRAWLEY & DeLOACHE, PLLC<br>533 West Washington<br>Jonesboro, Arkansas 72401<br>Telephone: (870) 972-1127 |
| Chapter 13 Trustee/Appellee: | Mark T. McCarty<br>Chapter 13 Standing Trustee<br>P.O. Box 5006<br>N. Little Rock, Arkansas 72119-5006 |
| Creditor/Appellant: | JPMorgan Chase Bank, National Association, for itself, as successor to Washington Mutual Bank, and as successor by merger to Chase Home Finance LLC |

-2-

Attorneys for Creditor/Appellant:
David L. Williams
Katherine M. Hingtgen
Kutak Rock LLP
124 West Capitol Avenue, Suite 2000
Little Rock, Arkansas, 72201-3706
Telephone: (501) 975-3000

Daniel S. Connolly
BRACEWELL & GIULIANI, LLP
1251 Avenue of the Americas, 49th Floor
New York, New York 10020-1104
Telephone: (212) 508-6100

Samuel M. Stricklin
BRACEWELL & GIULIANI, LLP
1445 Ross Avenue, Suite 3800
Dallas, Texas 75202-2711
Telephone: (214) 468-3800

Respectfully submitted this 25th day of April, 2012.

BRACEWELL & GIULIANI LLP

By: */s/ Samuel M. Stricklin*
DANIEL S. CONNOLLY, 2265569
BRACEWELL & GIULIANI, LLP
1251 Avenue of the Americas, 49th Floor
New York, New York 10020-1104
(212) 508-6100 (t)
(212) 508-6101 (f)
daniel.connolly@bgllp.com

SAMUEL M. STRICKLIN, 19397050
BRACEWELL & GIULIANI, LLP
1445 Ross Avenue, Suite 3800
Dallas, Texas 75202-2711
(214) 468-3800 (t)
(214) 468-3888 (f)
sam.stricklin@bgllp.com

DAVID L. WILLIAMS, 78168
KATHERINE M. HINGTGEN, 2006223
KUTAK ROCK LLP
124 West Capitol Avenue, Suite 2000
Little Rock, Arkansas 72201
(501) 975-3000 (t)

          (501) 975-3001 (f)
          david.williams@kutakrock.com
          katherine.hingtgen@kutakrock.com

Attorneys for JPMorgan Chase Bank, National Association, for itself, as successor to Washington Mutual Bank, and as successor by merger to Chase Home Finance LLC

## CERTIFICATE OF SERVICE

The undersigned certifies that on April 25th, 2012, I electronically filed with the Clerk of the Court using the CM/ECF system a copy of the foregoing **NOTICE OF APPEAL** on all parties to this appeal and those otherwise entitled to service at the addresses set forth below:

Kathy Cruz
THE CRUZ LAW FIRM, P.L.C.
1325 Central Ave.
Hot Springs, Arkansas 71901-6034

Michael E Crawley, Jr.
Joel G. Hargis
CRAWLEY & DeLOACHE, PLLC
533 West Washington
Jonesboro, Arkansas 72401

U.S. Trustee
Office of U.S. Trustee
200 W Capitol, Ste. 1200
Little Rock, Arkansas 72201

Mark T. McCarty
Chapter 13 Standing Trustee
P.O. Box 5006
N. Little Rock, Arkansas 72119-5006

          */s/ Samuel M. Stricklin*
          Samuel M. Stricklin

          #4083810.1