IN THE UNITED STATES BANKRUPTCY COURT
EASTERN AND WESTERN DISTRICTS OF ARKANSAS

RE: TRACY ESTES  CASE NO: 10-BK-16541

---

## MODIFICATION OF CHAPTER 13 PLAN

---

Comes now the Debtor by and through his/her attorneys, Crawley & DeLoache, PLLC, and for his/her modification to the original or modified Chapter 13 plan states:

1. **PAYMENT TO THE TRUSTEE:**

   THE DEBTOR PROPOSES TO PAY **$635.00*** PER MONTH TO THE TRUSTEE.

   [Indicate how often the Debtor is paid by checking the appropriate box below:]
   ( ) Weekly;  ( ) Bi-Weekly;  ( ) Semi-Monthly;  (X) Monthly or ( ) Other

   *The debtor propose to pay what she's paid in to date, $7,690.00, and to pay an additional $635.00 per month for the remaining 42 months of the plan, for a total base balance of $34,360.00.

2. **THE PLAN LENGTH** shall remain the same.

3. **UNSECURED CREDITORS** are to be paid a pro rata dividend.

   **(SPECIAL NON-PRIORITY UNSECURED DEBTS REMAIN UNAFFECTED)**

4. **MODIFIED TREATMENT OF EXISTING CREDITORS**

   The following CHANGES are to be made to each creditor as set out below:

   | CREDITOR NAME | CHANGE IN TREATMENT\CLASSIFICATION |
   |---|---|
   | 1. JP Morgan Chase (residence) | The debtor proposes to pay this long term continuing debt, $271.22 per month, and cure an arrearage of $7,795.66 by paying an additional $135.00 per month until current. The amount of the proposed arrearage complies with Judge Evans' Order dated September 28, 2011 wherein she stated that the debtor did not owe the foreclosure fees and costs because they related to an invalid foreclosure attempt. This Order is on appeal and JP Morgan Chase has yet to file a corresponding Amended Proof of Claim. |

5. **UNSECURED CREDITORS** shall be paid at least as much as they would receive under **Chapter 7.**

6. **ALL OTHER PROVISIONS AS SET FORTH IN THE LAST CONFIRMED PLAN REMAIN THE SAME.**

          **Respectfully Submitted**

          **CRAWLEY & DELOACHE, PLLC**
          **533 WEST WASHINGTON**
          **JONESBORO, AR 72401**
          **870/972/1127**

<u>03-20-12</u>            <u>/s/Michael E. Crawley, Jr.</u>
DATE            **MICHAEL E. CRAWLEY, BAR #97016**
           **MIKE DELOACHE, BAR #90210**
           **JOEL G. HARGIS, BAR#2004-007**
           **ATTORNEYS FOR DEBTOR**

## IN THE UNITED STATES BANKRUPTCY COURT
## EASTERN & WESTERN DISTRICT OF ARKANSAS

RE: TRACY ESTES                                            CASE NO: 10-BK-16541

### NOTICE OF OPPORTUNITY TO OBJECT TO MODIFIED PLAN BEFORE CONFIRMATION

You are hereby notified that the captioned debtor has filed the attached modification to the plan. Objections to the plan as modified must be filed with the Bankruptcy Court at 300 West 2nd St., Little Rock, AR 72201 in writing within 21 days from the date of this notice, with copies to the Counsel for the debtors and Mark T. McCarty, Trustee, P. O. Box 5006, N. Little Rock, Arkansas 72119.

If objections to the Plan as Modified are filed, they will be set for hearing by subsequent notice. If no objections are received, the Plan as Modified may be confirmed without further notice or hearing.

                                      **CRAWLEY & DELOACHE, PLLC**
                                      **533 WEST WASHINGTON**
                                      **JONESBORO, AR 72401**
                                      **870/972/1127**
                                      **FAX 870/972-1787**

Date: 03-19-12                               /s/Michael E. Crawley, Jr.
                                      **Michael E. Crawley, Bar #97016**
                                      **Mike DeLoache, Bar #90210**
                                      **Joel G. Hargis, Bar #2004-007**

### CERTIFICATE OF MAILING

I, the undersigned, hereby certify that copies of the foregoing notice and attached Modification to Plan have been mailed to:

| | |
|---|---|
| Mark T. McCarty, Trustee<br>P. O. Box 5006<br>N. Little Rock, AR 72119 | Internal Revenue Service<br>Insolvency – Stop 5024<br>55 N. Robinson<br>Oklahoma City, OK 73102 |
| Legal Department<br>Employment Security Division<br>P.O. Box 2981<br>Little Rock, AR 72203 | U.S. Attorney (Eastern District)<br>P. O. Box 1229<br>Little Rock, AR 72203 |
| U.S. Attorney (Western District)<br>P. O. Box 1524<br>Fort Smith, AR 72902 | |

and to all creditors per matrix:

                                        /s/Michael E. Crawley, Jr.
                                        **CRAWLEY & DELOACHE, PLLC**

```
Allied Interstate
PO Box 361444
Columbus, OH 43236


Amro Music Store Inc
2918 Poplar Ave
Memphis, TN 38111


Arkansas Department of Finance
& Administration
1800 W 7th Street
Little Rock, AR 72201


Bk Of Amer
Po Box 15026
Wilmington, DE 19850


Chase Home Finance
PO Box 182106
Dept. PP G7
Columbus, OH 43218


City of Pocahontas
P.O. Box 896
Pocahontas, AR 72455


Dept. of Finance & Admin
PO Box 1272
Little Rock, AR 72203


Equifax Information Service Ce
Attn: Dispute Resolution Dept.
PO Box 105873
Atlanta, GA 30348


Experian Information Solutions
Attn: Supervisor, Legal Dept.
701 Experian Pkwy
Allen, TX 75013


First National Bank
PO Box 509
Walnut Ridge, AR 72476
```

```
Hsbc Bank
Po Box 5253
Carol Stream, IL 60197


Lawrence Memorial Hospital
PO Box 839
Walnut Ridge, AR 72476


Lvnv Funding Llc
P.o. B  10584
Greenville, SC 29603


Professional Cr Mgmt
Po Box 4037
Jonesboro, AR 72403


Protocol Recovery
509 Mercer Ave
Panama City, FL 32401


Security Credit Servic
2653 W Oxford Loop
Oxford, MS 38655


TransUnion
Attn: Dispute Resolution
PO Box 2000
Chester, PA 19022


Wilson & Associates
1521 Merrill Dr
Suite D-220
Little Rock, AR 72211
```